UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
August 05, 2022
Nathan Ochsner, Clerk

| | |
|---|---|
| Kirk Mackey, | § |
| Plaintiff, | § § § |
| versus | § § Civil Action H-22-2297 |
| Spartacus Partners, LP, | § § § |
| Defendant. | § § |

## Conditional Dismissal

1. Having been notified that the parties have settled, the case is dismissed with prejudice. (7)

2. By September 9, 2022, the parties may move for reinstatement.

3. The court retains the jurisdiction to enforce the settlement.

Signed on August __5__, 2022, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge